# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4578

_____

AMERICAN RESIDUALS AND
TALENT, INC., d/b/a Art Payroll,

    Petitioner,

v.

FLORIDA WORKERS'
COMPENSATION JOINT
UNDERWRITING ASSOCIATION,
INC.,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

April 30, 2018

PER CURIAM.

    DENIED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Fred F. Harris, Jr., David C. Ashburn, and M. Hope Keating of Greenberg Traurig, P.A., Tallahassee, for Petitioner.

Thomas J. Maida, James A. McKee, Benjamin J. Grossman, Nicholas R. Paquette, and Nicholas J. Meros of Foley & Lardner LLP, Tallahassee, for Respondent.